IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>   Plaintiff,<br><br>  v.<br><br>Sarah Rosemary Cowen, Individually and d/b/a Blue Angel Café; Eunice Barboro Lyle, Individually and d/b/a Blue Angel Café; Ski Run Management Company, a general partnership,<br><br>   Defendants.<br>_____ | 2:10-cv-01937-GEB-GGH<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

   Plaintiff filed a "Request For Continuance of Status (Pretrial Scheduling) Conference" on November 22, 2010, in which he states:

> Plaintiff will be filing a dismissal of this action or a First Amended Complaint no later than December 23, 2010, due to a change in business operators. As of today's date, the Defendants have not been served with the initial complaint. A continuance for a period of one hundred twenty (120) days for the Status (Pretrial Scheduling) Conference will give the Plaintiff ample time to either file a dismissal of the action or file an amended complaint with the correct owners.

(ECF No. 6, 1:25-2:7.)

   Therefore, the Status (Pretrial Scheduling) Conference set for December 13, 2010 is continued to March 14, 2011, at 9:00 a.m.  A joint

1

status report shall be filed no later than fourteen (14) days prior to Status Conference.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant in this action unless Plaintiff "shows good cause for the failure" to serve within this prescribed period in a filing due no later than 4:00 p.m. on January 3, 2010.

IT IS SO ORDERED.

Dated:  December 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge