IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, ) | |
| ) | 2:10-cv-01937-GEB-GGH |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING STATUS |
| ) | (PRETRIAL SCHEDULING) |
| Jens Dressler, ) | CONFERENCE; FED. R. CIV. |
| ) | P. 4(M) NOTICE |
| Defendant. ) | |

Plaintiff's Status Report filed on February 25, 2011, reveals this case is not ready to be scheduled. (ECF No. 12.) Therefore, the Status (Pretrial Scheduling) Conference set for March 14, 2011, is continued to May 23, 2011, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") that Defendant Jens Dressler may be dismissed as a defendant in this action unless Plaintiff provides proof of service or "shows good cause for the failure" to serve this defendant within Rule 4(m)'s 120 day prescribed period in a filing due no later than 4:00 p.m. on April 18, 2011.

IT IS SO ORDERED.

Dated: March 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1