IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                )
                                 )   2:10-cv-01937-GEB-GGH
            Plaintiff,           )
                                 )   <u>ORDER CONTINUING STATUS</u>
       v.                        )   <u>(PRETRIAL SCHEDULING)</u>
                                 )   <u>CONFERENCE</u>
Jens Dressler, Individually and  )
d/b/a Blue Angel Café,           )
                                 )
            Defendant.           )
_____  )

Plaintiff states in his Status Report filed May 9, 2011: "Defendant has been served, but has not answered. A Request for Clerk's Entry of Default has been filed and a Clerk's Entry of Default has been received[, and Plaintiff] anticipates a Motion for Default date in August 2011." (ECF No. 17, 2:12-14, 3:12-13.)

Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within thirty days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on June 27, 2011, why this action should not be dismissed for failure of prosecution.

Further, the status conference scheduled for May 23, 2011, is continued to commence at 9:00 a.m. on October 14, 2011. A status report shall be filed fourteen (14) days prior to the status conference in

1

1 | which Plaintiff is required to explain the status of the default
2 | proceedings.
3 |         IT IS SO ORDERED.
4 | Dated:  May 18, 2011

```
                           _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge
```